IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ADDONES SPENCER**
Reg. #11060-027                                                                                          **PLAINTIFF**

**v.**                          **CASE NO. 2:13CV00058 KGB/BD**

**MARK SHELDON**                                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ORDERED this the 25th day of July, 2013.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge

1